UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                          CRIMINAL ACTION

VERSUS                                                                                NO. 01-008

KEVIN HUFF                                                                         SECTION "N"

**ORDER AND REASONS**

Having carefully considered the arguments made in the parties' submissions, **IT IS ORDERED** that Mr. Huff's most recent motion (Rec. Doc. 226) filed pursuant to 28 U.S.C. §2255 is **DENIED**. The Court accepts Mr. Huff's arguments regarding the "second or successive" nature of his motion. See *United States v. Hairston*, 754 F.3d 258, 261-62 (4th Cir. 2014); *United States v. Weathersby*, 717 F.3d 1108, 1111 (10th Cir. 2013); *Stewart v. United States*, 646 F.3d 856, 863-65 (11th Cir. 2011). Nevertheless, for essentially the reasons stated by the Government, the Court additionally finds Mr. Huff's motion to be untimely pursuant to 28 U.S.C. §2255(f) and the principles set forth in *Johnson v. United States*, 544 U.S. 295, 308-311 (2005). In short, the Court's rulings at Mr. Huff's September 26, 2001 sentencing hearing, and entry of judgment that same day,[1] triggered and put Mr. Huff on notice of the need for due diligence relative to seeking vacatur of the state court judgment. Mr. Huff did not file a motion with the state court, however, until July 2010 – almost nine years after entry of judgment upon sentencing by this Court, more than three years

---

[1] See Rec. Docs. 72 and 85.

after this Court's 2007 denial of Mr. Huff's first §2255 motion, and almost three years following this Court's denial of reconsideration of its ruling on the first §2255 motion.[2]  Given this lack of due diligence, Mr. Huff's subsequent filing of the instant motion within a year of the state court's vacatur order does not render the motion timely.[3]

   New Orleans, Louisiana, this 13th day of August, 2014.

            _____
            KURT D. ENGELHARDT
            UNITED STATES DISTRICT JUDGE

**Clerk to Copy:**

Clerk of Court, United States Fifth Circuit of Appeals (Action No. 14-30861)

---

[2] See Rec. Docs. 128 and 142.

[3] See Rec. Doc. 226-2.