UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 01-008 |
| KEVIN HUFF | SECTION "N" |

**ORDER AND REASONS**

Presently before the Court are several pending motions. Having carefully considered the parties' submissions, the record, and applicable law, the Court rules on the motions as stated herein.

(1) **IT IS ORDERED** that Mr. Huff's motions (Rec. Docs. 197 and 199) seeking to set aside the Court's March 2007 Order and Reasons and Judgment (Rec. Docs. 128 and 129), pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, are **DENIED**. The Court considered all of Mr. Huff's submissions in rendering its March 2007 and August 2007 rulings (Rec. Docs. 128 and 142).

(2) **IT IS ORDERED** that Mr. Huff's motion (Rec. Doc. 208) seeking to amend the motion bearing record document 197 is **GRANTED**.

(3) **IT IS ORDERED** that Mr. Huff's motion (Rec. Doc. 209) seeking a reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 750 of the United States Sentencing Guidelines is **DENIED**. The amendment does not change Mr. Huff's base offense level; therefore,

he is not eligible for the requested reduction.

(4) **IT IS ORDERED** that Mr. Huff's motions seeking release on bond and an expedited hearing regarding release on bond (Rec. Docs. 211 and 223) is **DENIED**.

(5) **IT IS ORDERED** that Mr. Huff's motion for a temporary stay of proceeding (Rec. Doc. 215) is **MOOT**.

(6) **IT IS ORDERED** that Mr. Huff's motion (Rec. Doc. 222) seeking leave to supplement the record is **GRANTED**.

New Orleans, Louisiana, this 13th day of August 2014.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

**Clerk to Copy:**

Clerk of Court, United States Fifth Circuit of Appeals (Action No. 14-30861)