UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 01-008 |
| KEVIN HUFF | SECTION "N" |

## ORDER AND REASONS

Having considered the motion, the record in this matter, and applicable law, **IT IS ORDERED** Mr. Huff's motion (Rec. Doc. 238) requesting that the Court amend its August 13, 2014 Order and Reasons (Rec. Doc. 231) is **DENIED**.

New Orleans, Louisiana, this 15th day of December 2014.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**