UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 01-008 |
| KEVIN HUFF | SECTION "N" |

## ORDER AND REASONS

Having considered the motions, the record in this matter, and applicable law, **IT IS ORDERED** that Mr. Huff's motion for reconsideration (Rec. Doc. 257) and motions seeking relief under Rule 60 of the Federal Rules of Criminal Procedure (Rec. Doc. 258 and 259) relative to the Court's March 15, 2007 Judgment (Rec. Doc. 129) are **DENIED**.

New Orleans, Louisiana, this 29th day of March 2016.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**