UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 01-008 |
| KEVIN HUFF | SECTION "N" |

## ORDER AND REASONS

Considering the August 30, 2016 Executive Grant of Clemency (Rec. Doc. 272) that has been bestowed upon Kevin Huff, and the October 12, 2016 dismissal of his appeal by the United States Court of Appeals for the Fifth Circuit (Rec. Doc. 274), **IT IS ORDERED** that Mr. Huff's motion to reduce sentence (Rec. Doc. 261), motion for record on appeal (Rec. Doc. 265) and motion to amend (Rec. Doc. 267) are **DENIED**.

New Orleans, Louisiana, this 29th day of November 2016.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**